# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITY NATIONAL INS. CO., | : | CIVIL ACTION |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| PAUL SUMMERFIELD, JR. *individually* | : | |
| and d/b/a PSummerfield | : | |
| Construction, *et al*., | : | |
|     *Defendant*. | : | NO. 21-0895 |

## ORDER

AND NOW, this 13th day of May 2021, having considered Joseph Larkins' Motion to Dismiss (ECF No. 10) and Security National's response in opposition (ECF No. 12), it is hereby ORDERED that the Motion to Dismiss is hereby DENIED. Defendants shall answer on or by June 3, 2021.

                                                  BY THE COURT
                                                  /s/ Chad F. Kenney
                                                  _____
                                                  CHAD F. KENNEY, JUDGE